AO 91 (Rev 8/01) Criminal Complaint　　Case 7:22-mj-02040　Document 1　Filed on 10/19/22 in TXSD　Page 1 of 2

United States Courts
Southern District of Texas
FILED
October 19, 2022
Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

**UNITED STATES OF AMERICA**
v.
**Miguel Angel Jota-Valadez**
YOB: 1992　COB: Mexico

## CRIMINAL COMPLAINT

Case Number:
M-22- 02040 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **October 18, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

**Ct. 1** knowing or in reckless disregard of the fact that Andy Saul Quintanilla-Campos, a citizen and national of El Salvador, and Arnold Javier Pineda-Esteves, a citizen and national of Honduras, along with seventeen (17) other undocumented aliens, for a total of nineteen (19) who had entered the United States in violation of law, did conspire to conceal, harbor or shield from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Edinburg, Texas,

**Ct. 2** knowing or in reckless disregard of the fact that Andy Saul Quintanilla-Campos, a citizen and national of El Salvador, and Arnold Javier Pineda-Esteves, a citizen and national of Honduras, along with four (2) other undocumented aliens, for a total of four (4) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near McAllen, Texas to the point of arrest near Edinburg, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii), 1324(a)(1)(A)(v) & 1324(a)(1)(A)(ii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On October 18, 2022, at approximately 3:00pm, Border Patrol Task Force Officers observed three (3) suspected undocumented aliens (UDAs), one of which was later identified as Andy Saul Quintanilla-Campos, exit a pickup truck and board a grey Honda Accord at a parking lot in McAllen, Texas. After receiving this information, Border Patrol Agents proceeded to follow the Honda to a residence in Edinburg, Texas, hereafter mentioned as the target location (TL). The three (3) subjects and driver, later identified as Miguel Angel Jota-Valadez, exited the Honda and entered the TL. After several minutes, agents observed Jota depart the TL and drive to a parking lot where he picked up one (1) suspected UDA.

Hidalgo County Sheriff Deputies were contact for assistance and conducted a traffic stop for a traffic violation. Agents questioned Jota about his immigration status, to which he admitted to being illegally present in the United States (U.S.). When asked about his involvement with alien smuggling, he admitted to transporting (UDAs) to the TL. Jota stated there were approximately twelve (12) UDAs at the TL. The two (2) passengers were questioned about their immigration status, and each admitted to being illegally present in the U.S.

Agents and Deputies proceeded to the TL to conduct a knock and talk. After identifying themselves as law enforcement, seventeen (17) subjects exited the TL, all of which were determined to be illegally present in the U.S. Jota and nineteen (19) UDAs were arrested and transported the McAllen Station for processing.

Continued on the attached sheet and made a part of this complaint: [X] Yes　[ ] No

Complaint authorized by AUSA D. Walker

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/s/ Shakira Singho
Signature of Complainant
Shakira Singho　Border Patrol Agent
Printed Name of Complainant

October 19, 2022　3:03 PM
Date

at　McAllen, Texas
City and State

Nadia S. Medrano, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22- 02040 -M

**RE:** **Miguel Angel Jota-Valadez**

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Miguel Angel Jota-Valadez, a citizen and national of Mexico, was read his Miranda Rights at the time of apprehension. He understood his Rights and agreed to make a statement.

Jota claimed he was contacted by an unknown person to transport UDAs to the TL and was aware the people he transported were illegally present in the U.S.

**MATERIAL WITNESS STATEMENT 1:**

Andy Saul Quintanilla-Campos, a citizen and national of El Salvador, was read his Miranda Rights. He understood his Rights and agreed to provide a statement.

Quintanilla stated he made arrangements to be smuggled to Connecticut and paid $3,200. He said he crossed the river with seven (7) people and two (2) foot guides. Quintanilla added he eventually boarded a grey Honda and the driver, "Gordo", asked him for a password before transporting him to the TL. He said when he arrived at the TL, Gordo verbally threatened them if they failed to follow the rules.

Quintanilla identified Miguel Angel Jota-Valadez, through a photo line-up, as "Gordo".

**MATERIAL WITNESS STATEMENT 2:**

Arnold Javier Pineda-Esteves, a citizen and national of Honduras, was read his Miranda Rights. He understood his Rights and agreed to provide a statement.

Pineda stated he made arrangements to be smuggled to Houston and paid $9,000. He said he crossed the river with six (6) people and three (3) foot guides and was eventually picked up by a small car. He said the driver took his phone before dropping him off at the TL. Pineda stated there were twelve (12) people at the TL when he arrived. He added the driver delivered people to the TL on four (4) separate occasions. Pineda also claimed the driver provided food and necessary items.

Pineda identified Miguel Angel Jota-Valadez, through a photo line-up as, the person who transported him to the TL and delivered food.